UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:
YASMI ROSALES,                          Case no. 20-17644-BKC-PGH
                                        Chapter 7 Case

            Debtor(s).        /

**DEBTOR'S AND DAIMLER TRUST'S CONSENT AND STIPULATION TO IN REM STAY RELIEF IN FAVOR OF DAIMLER TRUST**

The debtor and Daimler Trust ("Daimler") hereby consent(s) and stipulate(s) to in rem stay relief in favor of Creditor Daimler in the above styled matter pertaining to the following vehicle and to the inapplicability of Federal Rule of Bankruptcy Procedure 4001(a)(3):

**2018 MERCEDES-BENZ C CLASS SEDAN 4D C300 2.0L I4 TURBO,
VIN WDDWF4JB1JR420840**

The debtor and Daimler consent and stipulate to modification (or vacation) of the stay in rem to allow Creditor to immediately repossess or replevy the vehicle, sell the vehicle, and apply the proceeds of the sale to the debt owed to it.

Daimler is in possession of the vehicle. The vehicle was voluntarily surrendered on August 4, 2020.

Dated this  11  day of August 2020.


_____         _____
Brooks R. Siegel, Esq.                 Gerard M. Kouri, Jr. Esq.
Attorney for debtor                    Attorney for Daimler